IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KAMAJI OM, et al.,

    Plaintiffs,

  v.

OFFICER MELERO, et al.

    Defendants.
_____/

No. C 12-5498 CW

ORDER CONCERNING PLAINTIFFS' RESPONSES TO DEFENDANTS' MOTION TO DISMISS

On November 29, 2012, Defendants, Vickie Virk and several employees of the City of Berkeley, moved to dismiss this action for insufficient service, insufficient service of process, failure to state a claim, and failure to comply with Federal Rule of Civil Procedure 8. Plaintiffs, Kamaji Om, Krsnaya Om, and Sukia Tara Aushadhalay, all proceeding pro se, failed to file a timely response to the motion. Civil L.R. 7-3(a). All case-related mail that has been sent to Plaintiffs since November 19, 2012 has been returned as undeliverable.

Within seven days of the date of this Order, Plaintiffs shall respond to Defendants' motion. Defendants shall reply seven days after Plaintiffs' response is filed. Defendants' motion will be decided on the papers.

Plaintiffs' failure to comply with this Order will result in the dismissal of their claims against Defendants for failure to prosecute.

IT IS SO ORDERED.

Dated: 1/14/2013

                              CLAUDIA WILKEN
                              United States District Judge