IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMAJI OM, KRSNAYA OM, and SUKLA TARA AUSHADHALAY,<br><br>    Plaintiffs,<br><br>  v.<br><br>OFFICER MELERO, et al.,<br><br>    Defendants.<br>_____/ | No. C 12-5498 CW<br><br>ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE |

On February 27, 2013, the Court issued an order dismissing Plaintiffs' claims against City Defendants with prejudice. Docket No. 41. In that order, the Court gave Plaintiffs twenty-one days to amend their claims against Defendant Vickie Virk and to "show good cause why their claims against Virk should not be dismissed for failure to complete timely service as required by Federal Rule of Civil Procedure 4(m)." Id. at 10. The Court also warned Plaintiffs that "failure to comply with the instructions in this order may result in the dismissal of this action for failure to prosecute." Id. at 10-11.

Because Plaintiffs have failed to file an amended complaint and have not shown good cause why their claims against Virk should survive, the Court hereby DISMISSES their claims against Virk with prejudice. The clerk shall enter judgment accordingly and close the file.

IT IS SO ORDERED.

Dated: 4/16/2013

CLAUDIA WILKEN
United States District Judge