IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMAJI OM, KRSNAYA OM, and SUKLA TARA AUSHADHALAY,<br><br>    Plaintiffs,<br><br>  v.<br><br>OFFICER MELERO, et al.,<br><br>    Defendants.<br>_____/ | No. C 12-5498 CW<br><br>JUDGMENT |

    For the reasons set forth in this Court's Order Dismissing Case for Failure to Prosecute,

    IT IS ORDERED AND ADJUDGED

    That Plaintiffs Kamaji Om, Krsnaya Om, and Sukla Tara Aushadhalay take nothing, that the action be dismissed on the merits, and that each party bear their own costs of action.

    Dated at Oakland, California, this 16th day of April, 2013.

                                  RICHARD W. WIEKING
                                  Clerk of Court



                        By: _____
                              Deputy Clerk